### 10103. Downs *v.* Berryman.

Stephens, J. 1. In an action of trover where the plaintiff elects to
take a money verdict, a nonsuit is properly awarded where there is no
proof of the value of the property. *Moats* v. *Farks,* 17 *Ga. App.* 778
(18 S. E. 685), and cases there cited. The defendant in such action,
by the giving of a replevy bond, which is required by law to be in
"double the amount sworn to" by the plaintiff as the value of the
property in the latter's application for bail, does not admit the value
of the property, and such bond is not prima facie evidence of such
value.

2. The agreed price of property as stated in a contract of sale is not
evidence of the value of the property in a trover suit against one who
was not a party to the contract of sale.

  *Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
    Decided September 18, 1919.

Trover; from Madison superior court—Judge Hodges. July 22,
1918.

*B. T. Moseley, Erwin, Rucker & Nix,* for plaintiff.

*Alexander & Johnson,* contra.